United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff,

vs.                               Case No. 1:10-cr-98

Lester Sadler    (02)
Sandy Wells     (06)
    Defendants

## ORDER

This matter is before the Court on Defendants' Sealed Motions to Approve Stage One Pre-Trial Budget (Docs. 156 & 157). The motions are **GRANTED**, and will be submitted to the United States Court of Appeals for the Sixth Circuit for approval.

Date: January 11, 2012                 s/Sandra S. Beckwith
                                                   Sandra S. Beckwith, Senior Judge
                                                   United States District Court


Date:

                                                   Richard A. Griffin, Judge
                                                 United States Court of Appeals
                                                 for the Sixth Circuit