United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff,

vs.                                Case No.  1:10-cr-98-1

Nancy Sadler
    Defendant

## ORDER

This matter is before the Court on Defendant's Sealed Motion to Approve Stage One Pre-Trial Budget (Doc. 161). The motion is **GRANTED**, and will be submitted to the United States Court of Appeals for the Sixth Circuit for approval.

Date:  January 24, 2012             s/Sandra S. Beckwith
                                                  Sandra S. Beckwith, Senior Judge
                                                  United States District Court

Date:

                                                  Richard A. Griffin, Judge
                                                 United States Court of Appeals
                                                  for the Sixth Circuit