United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff,

vs.                          Case No. 1:10-cr-98

Nancy Sadler (01)
    Defendant

## ORDER

This matter is before the Court on Defendant's Sealed Motion to Approve Stage One Pre-Trial Budget (Doc. 161). The motion is **GRANTED**, and will be submitted to the United States Court of Appeals for the Sixth Circuit for approval.

Date: January 24, 2012         s/Sandra S. Beckwith
                                      Sandra S. Beckwith, Senior Judge
                                      United States District Court

Date: FEB 0 9 2012
                                      Richard A. Griffin, Judge
                                      United States Court of Appeals
                                      for the Sixth Circuit