AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Ohio

UNITED STATES OF AMERICA

v.

SANDY WELLS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:10-cr-98-6

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Sandra S. Beckwith | Senior Judge
Name of Judge | Title of Judge

5/29/2012
Date